# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv236

| | |
|---|---|
| MARSHALL D. JUSTICE; and DIANE Q. JUSTICE, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ORDER |
| MERCK & CO., INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on the joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. Having considered such motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (#6) is **GRANTED,** and all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation.

Signed: September 1, 2006

Dennis L. Howell
United States Magistrate Judge