IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| MARSHALL D. JUSTICE, | ) | |
| DIANE Q. JUSTICE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| MERKC & CO., INC., | ) | CIVIL NO. 1:06-CV-236 |
| | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* of Leila H. Watson of the law firm of Cory, Watson, Crowder & Degaris, P.C. to appear as counsel for the plaintiffs in this matter filed on August 30, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Leila H. Watson is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: September 1, 2006

_____
Dennis L. Howell
United States Magistrate Judge